UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ARMAN NOGHREH and MOJDEH NOGHREH,

                Plaintiffs,

    - against -

VILLAGE OF KINGS POINT, KOUROS TORKAN, Individually and in hi official capacity as Mayor of Village of Kings Point; CHRIS AIOSSA, Individually and in his official capacity as part of the Village of Kings Point Building Department; STEVEN PATAK, Individually and in his official capacity as part of the Village of Kings Point Building Department; TEDI KASHINEJAD, Individually and in his official capacity; HOOSHANG NEMATZADEH, Individually and in his official capacity; VILLAGE OF KINGS POINT ARCHITECTURAL REVIEW BOARD, each person in their official capacities only; SANDY KAMALI, Individually and in her official capacity; DANIEL KAMALI, and MEGHAN KAMALI, and JOHN AND JANE DOES #1-10, Individually and in their official capacities,

                Defendants.
------------------------------------------------------------------X

**JUDGMENT**
CV 24-7209 (GRB) (ST)

      An Order Dismissing Case of Honorable Gary R. Brown, United States District Judge, having been filed on October 31, 2024, dismissing this case for lack of subject matter jurisdiction, and directing the Clerk of Court to close this case it is

      **ORDERED AND ADJUDGED** that plaintiffs Arman Noghreh and Mojdeh Noghreh take nothing of defendants Village of Kings Point, Kouros Torkan, Chris Aiossa, Steven Patak, Tedi Kashinejad, Hooshang Nemtzadeh, Village of Kings Point Architectural Review Board, Sandy Kamali, Daniel Kamali, Meghan Kamali, and John and Jane Does #1 - 10; that this case is dismissed for lack of subject matter jurisdiction; and that this case is closed.

Dated: November 1, 2024
      Central Islip, New York

                                      BRENNA B. MAHONEY
                                      CLERK OF COURT

                     BY:    /S/ JAMES J. TORITTO
                                      DEPUTY CLERK